# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------x

PROFESSIONAL AIRCRAFT  :
ACCESSORIES, INC.,  :
:        *Index No.* _____
            Plaintiff,  :
:
      v.  :        **<u>VERIFIED COMPLAINT</u>**
:
GOL LINHAS AÉREAS S.A.,  :
:
            Defendant.  :

-------------------------------------------------------x

Plaintiff Professional Aircraft Accessories, Inc. ("Plaintiff" or "PAA"), by and

through its attorneys, Trachtenberg Rodes & Friedberg LLP, as and for its verified complaint

against GOL Linhas Aéreas S.A. ("Defendant" or "GOL"), respectfully alleges as follows:

## <u>INTRODUCTION</u>

1.     This is an action to collect a sum certain on an obligation to pay for

certain services – to wit, the overhaul of certain aircraft landing gear – provided by an aircraft

services firm in Florida, Plaintiff PAA, to an airline customer in Brazil, Defendant GOL, all

pursuant to a written contract and undisputed repair orders and invoices conveyed and stated

in the ordinary course.  The invoices and a summary statement thereof are attached hereto as

Exhibit A.

2.     Defendant GOL has received all such services without objection or issue

but now fails and refuses to pay for them in the amount of $1,401,606.64.

3.     GOL has irrevocably consented to the jurisdiction of this Court for this

collection effort, and this action is brought to compel Defendant to honor its obligation to

make good on the account stated and to pay for the services it has received.

## FACTS

4.     Plaintiff PAA is in the business of providing avionics, instrumentation, aircraft accessories, landing gear, airframe components and related services to the commercial airline and aircraft industries.

5.     Defendant GOL is a Brazilian airline which serves United States markets, including New York, by means of sharing agreements with American Airlines.  Prior to the COVID-19 Pandemic GOL regularly served customers at JFK Airport in New York City.

6.     GOL is subject to the jurisdiction of this Court pursuant to the express forum selection clause contained in the parties' contract.

7.     Venue is proper in this county based on the parties' contract and Plaintiff's designation.

8.     During or about June 2018, PAA and GOL entered into a written agreement for PAA to provide certain maintenance, repair and overhaul services for the landing gear of certain of GOL's Boeing 737NG aircraft in Brazil (the "Agreement").

9.     The Agreement provides, in pertinent part, as follows:

    a)     GOL shall submit repair orders for specific requests for services for specific Boeing 737NG aircraft landing gear;

    b)     PAA shall take possession of the subject equipment, perform its overhauling services, deliver the repaired equipment back to GOL in Brazil and then invoice GOL for its services; and,

    c)     GOL shall pay all invoices in US dollars within 60 days of receipt by electronic funds transfer to a specified PAA bank account.

10.    The Agreement also provides that, in the event of any disputes between

2

the parties, GOL "irrevocably consent[s]" to the jurisdiction of this Court and the application of New York law.

11. During 2018 and the first part of 2019, GOL submitted numerous repair orders for sets of landing gear on certain of its aircraft, PAA timely provided all such services without objection or issue and GOL made full and timely payment on all such invoices.

12. Starting in the latter part of 2019, however, while it continued to submit additional orders for the repair of its fleet's landing gear and it continued to take and receive PAA's services accordingly, GOL stopped paying invoices.

13. During 2019 and 2020, GOL submitted 43 specific repair orders, PAA provided services as required in response to each such order and PAA invoiced and provided accounts stated for all such services, but GOL has failed and refused to pay all such invoices.

14. A summary statement listing all 43 invoices is annexed hereto in Exhibit A and is incorporated herein.

15. True and correct copies of each individual invoice are also annexed hereto in Exhibit A and are incorporated herein.

16. In each instance, GOL ordered all such services in accordance with the terms of the Agreement.

17. In each instance, PAA performed all such services fully and properly, without objection or issue.

18. In each instance PAA issued an invoice to GOL and stated its account accordingly.

19. And, in each instance, GOL has failed and refused to pay the invoice and

3

to satisfy the account.

20.    The total of the unpaid invoices and accounts stated amounts to

$1,401,606.64.

### FIRST CAUSE OF ACTION
### *(Breach of Contract)*

21.    Plaintiff repeats and realleges each and every allegation set forth above

as if set forth fully herein.

22.    As set forth above, Plaintiff and Defendant entered into the Agreement.

23.    The Agreement is a valid and enforceable contract.

24.    As further set forth above, pursuant to the Agreement, Defendant

submitted 43 requests for repair services, received all such services in good order, was

properly and timely invoiced for all such orders in the ordinary course and now refuses to pay

all such invoices.

25.    As further set forth above, the open and outstanding invoices amount to

$1,401,606.64.

26.    Plaintiff fully performed its obligations under the Agreement and

respecting each invoiced order without objection or issue and Defendant has breached its

obligations to pay such invoices.

27.    Based on the foregoing, Defendant is liable to Plaintiff for breach of

contract in the amount of $1,401,606.64, plus interest and costs.

### SECOND CAUSE OF ACTION
### *(Account Stated)*

28.    Plaintiff repeats and realleges each and every allegation set forth above

4

as if set forth fully herein.

29.     As set forth above, Plaintiff constituted and rendered a series of account statements for services ordered and received by Defendant, Defendant received all such statements in the ordinary course and without objection, and Defendant has failed and refused to remit payment upon such accounts stated.

30.     Plaintiff has demanded payment of the sum of $1,401,606.64 from Defendant, but Defendant has failed and refused to pay same, in whole or in part.

31.     Defendant is thus liable to Plaintiff in the amount of $1,401,606.64, the total amount of the unpaid accounts stated to Defendant (all as set forth in Exhibit A), plus interest and costs.

### THIRD CAUSE OF ACTION
*(Unjust Enrichment)*

32.     Plaintiff repeats and realleges each and every allegation set forth above as if set forth fully herein.

33.     As set forth above, Defendant's receipt and retention of the value of Plaintiff's services without paying for them constitutes an unjust enrichment, for which Defendant is liable to Plaintiff in the amount of $1,401,606.64, plus interest.


**WHEREFORE**, plaintiff Professional Aircraft Accessories, Inc. respectfully demands judgment in the amount of $1,401,606.64, plus interest and costs. Plaintiff further prays for judgment providing any such other and further relief as the Court may deem just and proper, including attorneys' fees and disbursements to be incurred and expended in the course of collection.

5

Dated:  New York, New York
          February 11, 2021

                  TRACHTENBERG RODES & FRIEDBERG LLP

                  By:_____
                       David G. Trachtenberg

                  420 Lexington Avenue, Suite 2800
                  New York, New York 10170
                  (212) 972-2929

                  *Attorneys for Plaintiff Professional Aircraft Accessories, Inc.*

6

Case 1:21-cv-02851  Document 1-2  Filed 04/02/21  Page 8 of 54

## VERIFICATION

STATE OF NEW YORK    )
                              : ss.

COUNTY OF NEW YORK  )

          David G. Trachtenberg, Esq., being duly sworn, deposes and says that he is a

member of Trachtenberg Rodes & Friedberg LLP, attorneys for the plaintiff in the within

action; that he has read the foregoing Complaint and knows the contents thereof; that he

believes the same are true, based on documents and other information obtained by him from

the plaintiff; and that the reason that this verification is not made by the plaintiff is that the

plaintiff is a corporation that does not have an office in the county in which the undersigned

maintains his offices.

David G. Trachtenberg

Sworn to before me this
11th day of February, 2021

Notary Public

DEBRA C RICHMAN
NOTARY PUBLIC - STATE OF NEW YORK
QUALIFIED IN NEW YORK COUNTY
Comm. Expires September 14, 2021
Reg. No. 02RI6211320

7

# EXHIBIT A

**Professional**Aircraft
ACCESSORIES
A GREENWICH AEROGROUP COMPANY

**STATEMENT**

| Date: | 1/31/2021 |
|---|---|
| Account: | 15485 |

7035 Center Lane
Titusville FL 32780

(321) 267-1040    Fax (321) 269-0935

**Amount Paid:**

**REMIT TO:**
PO Box 530621
Atlanta, GA 30353-0621

GOL LINHAS AEREAS SA
ALOANE GOMES SIFUENTES
PRACA COMANDANTE LINNEU GOMES S/N
SAO PAULO   04626-20

**Payment Terms: Net 60**

**Deposits Received:**                    **$0.00**

*^Please return this portion with your payment^*

| Document No. | Date | Code | Description | PO Number | Amount | Balance |
|---|---|---|---|---|---|---|
| INV19-03025 | 7/3/2019 | SLS | 342593 | R50173819 | $11,716.94 | $11,716.94 |
| INV19-05062 | 11/7/2019 | SLS | 347868 | R53613319 | $250.00 | $11,966.94 |
| INV19-05815 | 12/23/2019 | SLS | 347904 | R53612619 | $32,491.94 | $44,458.88 |
| INV19-05847 | 12/23/2019 | SLS | 347907 | R53612619 | $12,706.30 | $57,165.18 |
| INV19-05848 | 12/26/2019 | SLS | 347913 | R53590419 | $11,141.01 | $68,306.19 |
| INV19-05849 | 12/23/2019 | SLS | 347914 | R53590419 | $13,830.31 | $82,136.50 |
| INV19-05850 | 12/26/2019 | SLS | 347912 | R53590419 | $14,745.21 | $96,881.71 |
| INV19-05851 | 12/23/2019 | SLS | 347911 | R53590419 | $25,882.52 | $122,764.23 |
| INV19-05852 | 12/26/2019 | SLS | 347908 | R53612619 | $13,824.61 | $136,588.84 |
| INV19-05853 | 12/23/2019 | SLS | 347905 | R53612619 | $22,113.85 | $158,702.69 |
| INV19-05854 | 12/23/2019 | SLS | 347906 | R53612619 | $14,551.51 | $173,254.20 |
| INV19-05855 | 12/26/2019 | SLS | 347910 | R53590419 | $29,229.36 | $202,483.56 |
| INV19-05877 | 12/26/2019 | SLS | 347903 | R53612619 | $140,559.26 | $343,042.82 |
| INV19-05878 | 12/26/2019 | SLS | 347909 | R53590419 | $112,593.88 | $455,636.70 |
| INV20-00074 | 1/10/2020 | SLS | 348286 | R53915819 | $105,880.30 | $561,517.00 |
| INV20-00075 | 1/10/2020 | SLS | 348278 | R53982519 | $130,588.31 | $692,105.31 |
| INV20-00130 | 1/10/2020 | SLS | 348279 | R53982519 | $29,153.63 | $721,258.94 |
| INV20-00131 | 1/10/2020 | SLS | 348287 | R53915819 | $30,477.92 | $751,736.86 |
| INV20-00132 | 1/10/2020 | SLS | 348290 | R53915819 | $19,420.54 | $771,157.40 |
| INV20-00133 | 1/10/2020 | SLS | 348291 | R53915819 | $13,604.59 | $784,761.99 |
| INV20-00134 | 1/10/2020 | SLS | 348288 | R53915819 | $8,907.96 | $793,669.95 |
| INV20-00135 | 1/10/2020 | SLS | 348280 | R53982519 | $11,991.69 | $805,661.64 |
| INV20-00136 | 1/10/2020 | SLS | 348283 | R53982519 | $20,159.19 | $825,820.83 |
| INV20-00137 | 1/10/2020 | SLS | 348285 | R53982519 | $13,779.59 | $839,600.42 |
| INV20-00138 | 1/10/2020 | SLS | 348289 | R53915819 | $21,301.71 | $860,902.13 |
| INV20-00151 | 1/10/2020 | SLS | 348284 | R53982519 | $17,946.07 | $878,848.20 |

***CONTINUED***

| Codes: | SLS | = | Sales / Invoices | FIN | = | Finance Charges | CR | = | Credit Memos |
|---|---|---|---|---|---|---|---|---|---|
| | SCH | = | Scheduled Payments | SVC | = | Service / Repairs | RTN | = | Returns |
| | DR | = | Debit Memos | WRN | = | Warranties | PMT | = | Payments |

**Professional**Aircraft
ACCESSORIES
A GREENWICH AEROGROUP COMPANY

**STATEMENT**

| Date: | 1/31/2021 |
|---|---|
| **Account:** | 15485 |
| **Page:** | 2 |

**7035 Center Lane**
**Titusville FL  32780**

(321) 267-1040      Fax (321) 269-0935

**REMIT TO:**
PO Box 530621
Atlanta, GA 30353-0621

**GOL LINHAS AEREAS SA**

| Document No. | Date | Code | Description | | Amount | Balance |
|---|---|---|---|---|---|---|
| INV20-00177 | 1/16/2020 | SLS | 343404 | R51107119 | $79,945.19 | $958,793.39 |
| INV20-00180 | 1/16/2020 | SLS | 343400 | R51107119 | $20,904.33 | $979,697.72 |
| INV20-00181 | 1/16/2020 | SLS | 343401 | R51107119 | $12,909.93 | $992,607.65 |
| INV20-00887 | 2/19/2020 | SLS | 348655 | R53797719 | $112,658.28 | $1,105,265.93 |
| INV20-00888 | 2/19/2020 | SLS | 348656 | R53794319 | $109,508.32 | $1,214,774.25 |
| INV20-00911 | 2/19/2020 | SLS | 348695 | R53797719 | $12,342.09 | $1,227,116.34 |
| INV20-00912 | 2/19/2020 | SLS | 348697 | R53797719 | $13,782.03 | $1,240,898.37 |
| INV20-00913 | 2/19/2020 | SLS | 348694 | R53797719 | $9,446.82 | $1,250,345.19 |
| INV20-00914 | 2/19/2020 | SLS | 348693 | R53797719 | $34,601.90 | $1,284,947.09 |
| INV20-00915 | 2/19/2020 | SLS | 348696 | R53797719 | $19,707.67 | $1,304,654.76 |
| INV20-00916 | 2/19/2020 | SLS | 348690 | R53794319 | $21,339.52 | $1,325,994.28 |
| INV20-00917 | 2/19/2020 | SLS | 348689 | R53794319 | $14,202.15 | $1,340,196.43 |
| INV20-00918 | 2/19/2020 | SLS | 348692 | R53794319 | $13,775.31 | $1,353,971.74 |
| INV20-00919 | 2/19/2020 | SLS | 348688 | R53794319 | $33,840.18 | $1,387,811.92 |
| INV20-00920 | 2/19/2020 | SLS | 348691 | R53794319 | $12,696.47 | $1,400,508.39 |
| INV20-01420 | 3/17/2020 | SLS | 352189 | R55976920 | $250.00 | $1,400,758.39 |
| INV20-01673 | 3/31/2020 | SLS | 350163 | R53795719 | $848.25 | $1,401,606.64 |

| | **Amount Due:** | **$1,401,606.64** |
|---|---|---|

| Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $1,401,606.64 |

$0.00                    $0.00

| Codes: | SLS | = | Sales / Invoices | FIN | = | Finance Charges | CR | = | Credit Memos |
|---|---|---|---|---|---|---|---|---|---|
| | SCH | = | Scheduled Payments | SVC | = | Service / Repairs | RTN | = | Returns |
| | DR | = | Debit Memos | WRN | = | Warranties | PMT | = | Payments |

# Professional Aircraft

**ACCESSORIES**

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 342593 | **P.O. Number:** R50173819 | **Invoice Number:** INV19-03025 |
| **Account Code:** 15485 | | **Invoice Date:** 07/03/2019 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **Carrier:** FEDEX-INTL PR |
| | | **AWB:** 496028161461 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 09/01/2019 |

| Part # | Part Description | Condition | Serial Number | Charge | | Total |
|---|---|---|---|---|---|---|
| 161A1500-2 | BEARING ASSY | Overhauled | M-404 | **Labor:** | | 1,500.00 USD |
| | | | | **Parts:** | | 6,616.94 USD |
| | | | | **Services:** | | 3,600.00 USD |
| | | | | **Subtotal:** | | 11,716.94 USD |
| | | | | **Total:** | | **11,716.94 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft
## ACCESSORIES
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | |
|---|---|
| **WO #:** 347868 | **P.O. Number:** R53613319      **Invoice Number:** INV19-05062 |
| **Account Code:** 15485 | **Invoice Date:** 11/07/2019 |

**Bill To:** GOL LINHAS AEREAS SA
PRACA COMANDANTE LINNEU GOMES S/N
PORTARIA 3

SAO PAULO,   04626-20
Brazil

**Ship To:** GOL LINHAS AEREAS SA
SCRAP ON SITE AT PAF

| | |
|---|---|
| **Payment Type:** | On Account |
| **Payment Terms:** | NET 60      **Due:**   01/06/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 115A5260-1 | PIN-FUSE | Unserviceable | SI14648 | Labor: | 250.00 USD |
| | | | | Subtotal: | 250.00 USD |
| | | | | **Total:** | **250.00 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

WorkOrderInvoice.rpt
Form 9703   v204
1
12 of 53
Printed on 02/02/2021 at 11:52:03AM
Ref: 387

# Professional Aircraft
## ACCESSORIES
### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040      Fax: 321-269-0935

---

| | | |
|---|---|---|
| **WO #:** 347904 | **P.O. Number:** R53612619 | **Invoice Number:** INV19-05815 |
| **Account Code:** 15485 | | **Invoice Date:** 12/23/2019 |

---

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO, 04626-20 | | SAO PAULO, 04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |

---

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 02/21/2020 |

---

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A2101-1 | UPR SIDE STRUT ASSY | Overhauled | MF9901556 | **Item:** | 32,491.94 USD |
| | | | | **Subtotal:** | 32,491.94 USD |
| | | | | **Total:** | **32,491.94 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

FILED: NEW YORK COUNTY CLERK 02/11/2021 01:09 PM

NYSCEF DOC. NO. 2          Case 1:21-cv-02851   Document 1-2   Filed 04/02/21   Page 15 of 54    INDEX NO. 650980/2021
                                                                            RECEIVED NYSCEF: 02/11/2021

# ProfessionalAircraft

**A C C E S S O R I E S**

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 347907 | **P.O. Number:** R53612619 | **Invoice Number:** INV19-05847 |
| **Account Code:** 15485 | | **Invoice Date:** 12/23/2019 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 02/21/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A6100-8 | UPLOCK ASSY-MLG | Overhauled | CZ985 | **Item:** | 12,706.30 USD |
| | | | | **Subtotal:** | 12,706.30 USD |
| | | | | **Total:** | **12,706.30 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

**A C C E S S O R I E S**

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040      Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 347913 | **P.O. Number:** R53590419 | **Invoice Number:** INV19-05848 |
| **Account Code:** 15485 | | **Invoice Date:** 12/26/2019 |

| Bill To: | | Ship To: | |
|---|---|---|---|
| | GOL LINHAS AEREAS SA | | GOL LINHAS AEREAS SA |
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,   04626-20 | | SAO PAULO,   04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** AGS PU-MIA000103 | |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** 02/24/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | | Total |
|---|---|---|---|---|---|---|
| 161A6100-7 | UPLOCK ASSY-MLG | Overhauled | CZ984 | **Item:** | | 11,141.01 USD |
| | | | | **Subtotal:** | | 11,141.01 USD |
| | | | | **Total:** | | **11,141.01 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# ProfessionalAircraft

**A C C E S S O R I E S**

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| **WO #:** 347914 | **P.O. Number:** R53590419 | **Invoice Number:** INV19-05849 |
|---|---|---|
| **Account Code:** 15485 | | **Invoice Date:** 12/23/2019 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |

| **Payment Type:** | On Account | |
|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** 02/21/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1500-5 | AFT BEARING ASSY | Overhauled | 347914 | **Labor:** | 3,675.00 USD |
| | | | | **Parts:** | 6,675.31 USD |
| | | | | **Services:** | 3,480.00 USD |
| | | | | **Subtotal:** | 13,830.31 USD |
| | | | | **Total:** | **13,830.31 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# **Professional**Aircraft
### **A C C E S S O R I E S**
#### *A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040      Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 347912 | **P.O. Number:** R53590419 | **Invoice Number:** INV19-05850 |
| **Account Code:** 15485 | | **Invoice Date:** 12/26/2019 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 02/24/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | | Total |
|---|---|---|---|---|---|---|
| 115A5005-1 | BEARING INSTL-FWD TRUN | Overhauled | 347912 | **Item:** | | 14,745.21 USD |
| | | | | **Subtotal:** | | 14,745.21 USD |
| | | | | **Total:** | | **14,745.21 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

## Professional Aircraft

### A C C E S S O R I E S

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 347911 | **P.O. Number:** R53590419 | **Invoice Number:** INV19-05851 |
| **Account Code:** 15485 | | **Invoice Date:** 12/23/2019 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | | | |
| | SAO PAULO,   04626-20 | | SAO PAULO,   04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |
| | | **AWB:** | AGS PU-MIA000103 |
| | | **AWB:** | AGS PU-MIA000103 |
| | | **AWB:** | AGS PU-MIA000103 |
| | | **AWB:** | AGS PU-MIA000103 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** 02/21/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | | Total |
|---|---|---|---|---|---|---|
| 161A7111-1 | BEAM ASSY | Overhauled | BV1712 | **Item:** | | 25,882.52 USD |
| | | | | | | |
| | | | | **Subtotal:** | | 25,882.52 USD |
| | | | | **Total:** | | **25,882.52 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
P.O. Box 530621
Atlanta, GA 30353-0621

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# ProfessionalAircraft
### A C C E S S O R I E S
##### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

---

| **WO #:** 347908 | **P.O. Number:** R53612619 | **Invoice Number:** INV19-05852 |
|---|---|---|
| **Account Code:** 15485 | | **Invoice Date:** 12/26/2019 |

---

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |

---

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 02/24/2020 |

---

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1500-6 | AFT BEARING ASSY | Overhauled | 347908 | **Item:** | 13,824.61 USD |
| | | | | **Subtotal:** | 13,824.61 USD |
| | | | | **Total:** | **13,824.61 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

## A C C E S S O R I E S

### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 347905 | **P.O. Number:** R53612619 | **Invoice Number:** INV19-05853 |
| **Account Code:** 15485 | | **Invoice Date:** 12/23/2019 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,   04626-20 | | SAO PAULO,   04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 02/21/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A7111-1 | BEAM ASSY | Overhauled | BV1716 | **Labor:** | 3,500.00 USD |
| | | | | **Parts:** | 6,013.22 USD |
| | | | | **Services:** | 12,600.63 USD |
| | | | | | |
| | | | | **Subtotal:** | 22,113.85 USD |
| | | | | **Total:** | **22,113.85 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

**Professional**Aircraft
**A C C E S S O R I E S**
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040      Fax: 321-269-0935

---

| | | |
|---|---|---|
| **WO #:** 347906 | **P.O. Number:** R53612619 | **Invoice Number:** INV19-05854 |
| **Account Code:** 15485 | | **Invoice Date:** 12/23/2019 |

---

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | | | |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |
| | | **AWB:** | AGS PU-MIA000103 |
| | | **AWB:** | AGS PU-MIA000103 |
| | | **AWB:** | AGS PU-MIA000103 |
| | | **AWB:** | AGS PU-MIA000103 |

---

| | | | |
|---|---|---|---|
| **Payment Type:** | On Account | | |
| **Payment Terms:** | NET 60 | **Due:**  02/21/2020 | |

---

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 115A5005-2 | BEARING INSTL-FWD TRUN | Overhauled | 347906 | Item: | 14,551.51 USD |
| | | | | | |
| | | | | Subtotal: | 14,551.51 USD |
| | | | | **Total:** | **14,551.51 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
P.O. Box 530621
Atlanta, GA 30353-0621

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# ProfessionalAircraft
### A C C E S S O R I E S
###### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040      Fax: 321-269-0935

| | | | |
|---|---|---|---|
| **WO #:** 347910 | **P.O. Number:** R53590419 | | **Invoice Number:** INV19-05855 |
| **Account Code:** 15485 | | | **Invoice Date:** 12/26/2019 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | AGS PU-MIA000103 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** 02/24/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A2101-1 | UPR SIDE STRUT ASSY | Overhauled | MF9901555 | **Item:** | 29,229.36 USD |
| | | | | **Subtotal:** | 29,229.36 USD |
| | | | | **Total:** | **29,229.36 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

## ACCESSORIES

### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040   Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 347903 | **P.O. Number:** R53612619 | **Invoice Number:** INV19-05877 |
| **Account Code:** 15485 | | **Invoice Date:** 12/26/2019 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:**  02/24/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1100-32 | MAIN LANDING GEAR | Overhauled | MAL01542Y0758 | Squawk: | 140,559.26 USD |
| | | | | **Subtotal:** | 140,559.26 USD |
| | | | | **Total:** | **140,559.26 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

## A C C E S S O R I E S

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 347909 | **P.O. Number:** R53590419 | **Invoice Number:** INV19-05878 |
| **Account Code:** 15485 | | **Invoice Date:** 12/26/2019 |

| | |
|---|---|
| **Bill To:** GOL LINHAS AEREAS SA | **Ship To:** GOL LINHAS AEREAS SA |
| PRACA COMANDANTE LINNEU GOMES S/N | PRACA COMANDANTE LINNEU GOMES S/N |
| PORTARIA 3 | PORTARIA 3 |
| SAO PAULO,  04626-20 | SAO PAULO,  04626-20 |
| Brazil | Brazil |
| | **AWB:** AGS PU-MIA000103 |

| | | |
|---|---|---|
| **Payment Type:** | On Account | |
| **Payment Terms:** | NET 60 | **Due:** 02/24/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1100-31 | MAIN LANDING GEAR | Overhauled | MAL01541Y0758 | **Squawk:** | 112,593.88 USD |
| | | | | **Subtotal:** | 112,593.88 USD |
| | | | | **Total:** | **112,593.88 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

**Professional**Aircraft
**A C C E S S O R I E S**
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348286 | **P.O. Number:** R53915819 | **Invoice Number:** INV20-00074 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| **Payment Type:** | On Account | |
|---|---|---|
| **Payment Terms:** | NET 60 | **Due:**  03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1100-54 | MAIN LANDING GEAR | Overhauled | MAL06648Y3205 | **Squawk:** | 105,880.30 USD |
| | | | | **Subtotal:** | 105,880.30 USD |
| | | | | **Total:** | **105,880.30 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# **Professional** Aircraft
### A C C E S S O R I E S
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348278 | **P.O. Number:** R53982519 | **Invoice Number:** INV20-00075 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| | |
|---|---|
| **Bill To:** GOL LINHAS AEREAS SA | **Ship To:** GOL LINHAS AEREAS SA |
| PRACA COMANDANTE LINNEU GOMES S/N | PRACA COMANDANTE LINNEU GOMES S/N |
| PORTARIA 3 | PORTARIA 3 |
| SAO PAULO,  04626-20 | SAO PAULO,  04626-20 |
| Brazil | Brazil |
| | **AWB:** RAFAEL GUTIERREZ/ AGS |

| | | | |
|---|---|---|---|
| **Payment Type:** | On Account | | |
| **Payment Terms:** | NET 60 | **Due:** 03/10/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1100-53 | MAIN LANDING GEAR | Overhauled | MAL06647Y3205 | **Squawk:** | 130,588.31 USD |
| | | | | **Subtotal:** | 130,588.31 USD |
| | | | | **Total:** | **130,588.31 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# ProfessionalAircraft

### ACCESSORIES

A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348279 | **P.O. Number:** R53982519 | **Invoice Number:** INV20-00130 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A2101-5 | UPR SIDE STRUT ASSY | Overhauled | HYF0085 | **Squawk:** | 29,153.63 USD |
| | | | | **Subtotal:** | 29,153.63 USD |
| | | | | **Total:** | **29,153.63 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

**Professional**Aircraft
**A C C E S S O R I E S**
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348287 | **P.O. Number:** R53915819 | **Invoice Number:** INV20-00131 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A2101-5 | UPR SIDE STRUT ASSY | Overhauled | HYF0087 | **Squawk:** | 30,477.92 USD |
| | | | | **Subtotal:** | 30,477.92 USD |
| | | | | **Total:** | **30,477.92 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

**A C C E S S O R I E S**

A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

---

| **WO #:** 348290 | **P.O. Number:** R53915819 | **Invoice Number:** INV20-00132 |
|---|---|---|
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

---

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

---

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/10/2020 |

---

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A6100-8 | MLG UPLOCK ASSEMBLY | Overhauled | E0372 | **Squawk:** | 19,420.54 USD |
| | | | | **Subtotal:** | 19,420.54 USD |
| | | | | **Total:** | **19,420.54 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

### ACCESSORIES
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348291 | **P.O. Number:** R53915819 | **Invoice Number:** INV20-00133 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1500-6 | AFT BEARING ASSY | Overhauled | 348291 | **Labor:** | 3,500.00 USD |
| | | | | **Parts:** | 6,624.59 USD |
| | | | | **Services:** | 3,480.00 USD |
| | | | | **Subtotal:** | 13,604.59 USD |
| | | | | **Total:** | **13,604.59 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

FILED: NEW YORK COUNTY CLERK 02/11/2021 01:09 PM
NYSCEF DOC. NO. 2    Case 1:21-cv-02851   Document 1-2   Filed 04/02/21   Page 32 of 54
INDEX NO. 650980/2021
RECEIVED NYSCEF: 02/11/2021

# ProfessionalAircraft
### ACCESSORIES
A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348288 | **P.O. Number:** R53915819 | **Invoice Number:** INV20-00134 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| Payment Type: | On Account | | |
|---|---|---|---|
| Payment Terms: | NET 60 | **Due:** | 03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A7111-1 | BEAM ASSY | Overhauled | 86985-5068 | **Item:** | 8,907.96 USD |
| | | | | **Subtotal:** | 8,907.96 USD |
| | | | | **Total:** | **8,907.96 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# ProfessionalAircraft
## ACCESSORIES
### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348280 | **P.O. Number:** R53982519 | **Invoice Number:** INV20-00135 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| **Payment Type:** | On Account | |
|---|---|---|
| **Payment Terms:** | NET 60 | **Due:**  03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A7111-1 | BEAM ASSY | Overhauled | 86985-5063 | **Squawk:** | 11,991.69 USD |
| | | | | **Subtotal:** | 11,991.69 USD |
| | | | | **Total:** | **11,991.69 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# **Professional**Aircraft
## A C C E S S O R I E S
### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348283 | **P.O. Number:** R53982519 | **Invoice Number:** INV20-00136 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | | | |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 115A5005-1 | BEARING INSTL-FWD TRUN | Overhauled | 348283 | **Squawk:** | 20,159.19 USD |
| | | | | **Subtotal:** | 20,159.19 USD |
| | | | | **Total:** | **20,159.19 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

### ACCESSORIES
A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| **WO #:** 348285 | **P.O. Number:** R53982519 | **Invoice Number:** INV20-00137 |
|---|---|---|
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | | Total |
|---|---|---|---|---|---|---|
| 161A1500-5 | AFT BEARING ASSY | Overhauled | 348285 | **Labor:** | | 3,675.00 USD |
| | | | | **Parts:** | | 6,624.59 USD |
| | | | | **Services:** | | 3,480.00 USD |
| | | | | **Subtotal:** | | 13,779.59 USD |
| | | | | **Total:** | | **13,779.59 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

### ACCESSORIES

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

---

| | | |
|---|---|---|
| **WO #:** 348289 | **P.O. Number:** R53915819 | **Invoice Number:** INV20-00138 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

---

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

---

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/10/2020 |

---

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 115A5005-2 | BEARING INSTL-FWD TRUN | Overhauled | 348289 | **Squawk:** | 21,301.71 USD |
| | | | | **Subtotal:** | 21,301.71 USD |
| | | | | **Total:** | **21,301.71 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

## ProfessionalAircraft

### A C C E S S O R I E S

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348284 | **P.O. Number:** R53982519 | **Invoice Number:** INV20-00151 |
| **Account Code:** 15485 | | **Invoice Date:** 01/10/2020 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | RAFAEL GUTIERREZ/ AGS |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/10/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A6100-7 | MLG UPLOCK ASSEMBLY | Overhauled | E0371 | **Squawk:** | 17,946.07 USD |
| | | | | **Subtotal:** | 17,946.07 USD |
| | | | | **Total:** | **17,946.07 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# ProfessionalAircraft
### ACCESSORIES
A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040      Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 343404 | **P.O. Number:** R51107119 | **Invoice Number:** INV20-00177 |
| **Account Code:** 15485 | | **Invoice Date:** 01/16/2020 |

| Bill To: | | Ship To: | |
|---|---|---|---|
| | GOL LINHAS AEREAS SA | | GOL LINHAS AEREAS SA |
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000108/ RAFAEL GUTIER |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/16/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 162A1100-14 | NOSE LANDING GEAR COMPONENT | Overhauled | GK00105Y4509 | **Squawk:** | 79,945.19 USD |
| | | | | **Subtotal:** | 79,945.19 USD |
| | | | | **Total:** | **79,945.19 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

**ACCESSORIES**

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 343400 | **P.O. Number:** R51107119 | **Invoice Number:** INV20-00180 |
| **Account Code:** 15485 | | **Invoice Date:** 01/16/2020 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000108/ RAFAEL GUTIER |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/16/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 162A2101-5 | UPR DRAG STRUT ASSY | Overhauled | M0832 | **Squawk:** | 20,904.33 USD |
| | | | | **Subtotal:** | 20,904.33 USD |
| | | | | **Total:** | **20,904.33 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

## ACCESSORIES
### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 343401 | **P.O. Number:** R51107119 | **Invoice Number:** INV20-00181 |
| **Account Code:** 15485 | | **Invoice Date:** 01/16/2020 |

| Bill To: | | Ship To: | |
|---|---|---|---|
| | GOL LINHAS AEREAS SA | | GOL LINHAS AEREAS SA |
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000108/ RAFAEL GUTIER |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 03/16/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 273A1101-2 | ACTUATOR ASSY-NOSE GEAR RETR | Repaired | 1101/4973 | **Squawk:** | 12,909.93 USD |
| | | | | **Subtotal:** | 12,909.93 USD |
| | | | | **Total:** | **12,909.93 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# **Professional**Aircraft

**A C C E S S O R I E S**

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348655 | **P.O. Number:** R53797719 | **Invoice Number:** INV20-00887 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:**  04/19/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1100-31 | MAIN LANDING GEAR | Overhauled | MAL01455Y0716 | **Squawk:** | 112,658.28 USD |
| | | | | **Subtotal:** | 112,658.28 USD |
| | | | | **Total:** | **112,658.28 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft
### ACCESSORIES
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348656 | **P.O. Number:** R53794319 | **Invoice Number:** INV20-00888 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| Bill To: | | Ship To: | |
|---|---|---|---|
| | GOL LINHAS AEREAS SA | | GOL LINHAS AEREAS SA |
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,   04626-20 | | SAO PAULO,   04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| | | | |
|---|---|---|---|
| **Payment Type:** | On Account | | |
| **Payment Terms:** | NET 60 | **Due:** | 04/19/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1100-32 | MAIN LANDING GEAR | Overhauled | MAL01456Y0716 | **Squawk:** | 109,508.32 USD |
| | | | | **Subtotal:** | 109,508.32 USD |
| | | | | **Total:** | **109,508.32 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

**A C C E S S O R I E S**

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348695 | **P.O. Number:** R53797719 | **Invoice Number:** INV20-00911 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| **Bill To:** | | **Ship To:** | |
|---|---|---|---|
| | GOL LINHAS AEREAS SA | | GOL LINHAS AEREAS SA |
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,   04626-20 | | SAO PAULO,   04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:**  04/19/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A6100-7 | UPLOCK ASSY-MLG | Overhauled | CZ665 | **Squawk:** | 12,342.09 USD |
| | | | | **Subtotal:** | 12,342.09 USD |
| | | | | **Total:** | **12,342.09 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

## Professional Aircraft

### A C C E S S O R I E S
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348697 | **P.O. Number:** R53797719 | **Invoice Number:** INV20-00912 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 04/19/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1500-1 | AFT BEARING ASSY | Overhauled | 348697 | **Labor:** | 3,500.00 USD |
| | | | | **Parts:** | 6,682.03 USD |
| | | | | **Services:** | 3,600.00 USD |
| | | | | **Subtotal:** | 13,782.03 USD |
| | | | | **Total:** | **13,782.03 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# ProfessionalAircraft

**ACCESSORIES**

A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348694 | **P.O. Number:** R53797719 | **Invoice Number:** INV20-00913 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| Bill To: | | Ship To: | |
|---|---|---|---|
| | GOL LINHAS AEREAS SA | | GOL LINHAS AEREAS SA |
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| | | | |
|---|---|---|---|
| **Payment Type:** | On Account | | |
| **Payment Terms:** | NET 60 | **Due:** | 04/19/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A7111-1 | BEAM ASSY | Overhauled | BU8679 | **Labor:** | 3,500.00 USD |
| | | | | **Parts:** | 679.32 USD |
| | | | | **Services:** | 5,267.50 USD |
| | | | | **Subtotal:** | 9,446.82 USD |
| | | | | **Total:** | **9,446.82 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

FILED: NEW YORK COUNTY CLERK 02/11/2021 01:09 PM
NYSCEF DOC. NO. 2
INDEX NO. 650980/2021
RECEIVED NYSCEF: 02/11/2021

# Professional Aircraft

### ACCESSORIES

A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348693 | **P.O. Number:** R53797719 | **Invoice Number:** INV20-00914 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| | | | |
|---|---|---|---|
| **Payment Type:** | On Account | | |
| **Payment Terms:** | NET 60 | **Due:** | 04/19/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A2101-1 | UPR SIDE STRUT ASSY | Overhauled | MF9901010 | **Squawk:** | 34,601.90 USD |
| | | | | **Subtotal:** | 34,601.90 USD |
| | | | | **Total:** | **34,601.90 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft
### ACCESSORIES
A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348696 | **P.O. Number:** R53797719 | **Invoice Number:** INV20-00915 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 04/19/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 115A5005-1 | BEARING INSTL-FWD TRUN | Overhauled | 348696 | **Squawk:** | 19,707.67 USD |
| | | | | **Subtotal:** | 19,707.67 USD |
| | | | | **Total:** | **19,707.67 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# **Professional**Aircraft
### A C C E S S O R I E S
#### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348690 | **P.O. Number:** R53794319 | **Invoice Number:** INV20-00916 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** 04/19/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 115A5005-1 | BEARING INSTL-FWD TRUN | Overhauled | 348690 | **Squawk:** | 21,339.52 USD |
| | | | | **Subtotal:** | 21,339.52 USD |
| | | | | **Total:** | **21,339.52 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

**Professional**Aircraft
**ACCESSORIES**
A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348689 | **P.O. Number:** R53794319 | **Invoice Number:** INV20-00917 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** | 04/19/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A7111-1 | BEAM ASSY | Overhauled | BU9345 | **Squawk:** | 14,202.15 USD |
| | | | | **Subtotal:** | 14,202.15 USD |
| | | | | **Total:** | **14,202.15 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# ProfessionalAircraft
### A C C E S S O R I E S
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040      Fax: 321-269-0935

| | | | |
|---|---|---|---|
| **WO #:** 348692 | **P.O. Number:** R53794319 | | **Invoice Number:** INV20-00918 |
| **Account Code:** 15485 | | | **Invoice Date:** 02/19/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** PU-MIA000116 | |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:** 04/19/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A1500-2 | AFT BEARING ASSY | Overhauled | 348692 | **Labor:** | 3,500.00 USD |
| | | | | **Parts:** | 6,675.31 USD |
| | | | | **Services:** | 3,600.00 USD |
| | | | | **Subtotal:** | 13,775.31 USD |
| | | | | **Total:** | **13,775.31 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# **Professional**Aircraft
### A C C E S S O R I E S
##### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348688 | **P.O. Number:** R53794319 | **Invoice Number:** INV20-00919 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

| Bill To: | GOL LINHAS AEREAS SA | Ship To: | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | PRACA COMANDANTE LINNEU GOMES S/N |
| | PORTARIA 3 | | PORTARIA 3 |
| | SAO PAULO,  04626-20 | | SAO PAULO,  04626-20 |
| | Brazil | | Brazil |
| | | **AWB:** | PU-MIA000116 |

| | |
|---|---|
| **Payment Type:** | On Account |
| **Payment Terms:** | NET 60     **Due:** 04/19/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A2101-1 | UPR SIDE STRUT ASSY | Overhauled | MF9901576 | **Squawk:** | 33,840.18 USD |
| | | | | **Subtotal:** | 33,840.18 USD |
| | | | | **Total:** | **33,840.18 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

## ACCESSORIES
### A GREENWICH AEROGROUP COMPANY

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040    Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 348691 | **P.O. Number:** R53794319 | **Invoice Number:** INV20-00920 |
| **Account Code:** 15485 | | **Invoice Date:** 02/19/2020 |

**Bill To:** GOL LINHAS AEREAS SA
PRACA COMANDANTE LINNEU GOMES S/N
PORTARIA 3

SAO PAULO,  04626-20
Brazil

**Ship To:** GOL LINHAS AEREAS SA
PRACA COMANDANTE LINNEU GOMES S/N
PORTARIA 3

SAO PAULO,  04626-20
Brazil
**AWB:** PU-MIA000116

| | |
|---|---|
| **Payment Type:** | On Account |
| **Payment Terms:** | NET 60    **Due:** 04/19/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 161A6100-8 | UPLOCK ASSY-MLG | Overhauled | CZ666 | **Labor:** | 6,500.00 USD |
| | | | | **Parts:** | 5,686.47 USD |
| | | | | **Services:** | 510.00 USD |
| | | | | **Subtotal:** | 12,696.47 USD |
| | | | | **Total:** | **12,696.47 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

FILED: NEW YORK COUNTY CLERK 02/11/2021 01:09 PM
NYSCEF DOC. NO. 2
INDEX NO. 650980/2021
RECEIVED NYSCEF: 02/11/2021

# Professional Aircraft
## A C C E S S O R I E S
*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 352189 | **P.O. Number:** R55976920 | **Invoice Number:** INV20-01420 |
| **Account Code:** 15485 | | **Invoice Date:** 03/17/2020 |

| | | | |
|---|---|---|---|
| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | PAA/FL |
| | PRACA COMANDANTE LINNEU GOMES S/N | | MOVE TO SCRAP BIN |
| | PORTARIA 3 | | PAA/FL |
| | SAO PAULO,  04626-20 | | |
| | Brazil | | |

| | | |
|---|---|---|
| **Payment Type:** | On Account | |
| **Payment Terms:** | NET 60 | **Due:**  05/16/2020 |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 115A5260-1 | PIN-FUSE | Unserviceable | SI8760 | Labor: | 250.00 USD |
| | | | | Subtotal: | 250.00 USD |
| | | | | **Total:** | **250.00 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**

# Professional Aircraft

## ACCESSORIES

*A GREENWICH AEROGROUP COMPANY*

**Invoice**

7035 Center Lane
Titusville, Florida 32780
Telephone: 321-267-1040     Fax: 321-269-0935

| | | |
|---|---|---|
| **WO #:** 350163 | **P.O. Number:** R53795719 | **Invoice Number:** INV20-01673 |
| **Account Code:** 15485 | | **Invoice Date:** 03/31/2020 |

| **Bill To:** | GOL LINHAS AEREAS SA | **Ship To:** | GOL LINHAS AEREAS SA |
|---|---|---|---|
| | PRACA COMANDANTE LINNEU GOMES S/N | | 8950 NW 27 St. |
| | PORTARIA 3 | | Miami, Florida  33172 |
| | | | United States |
| | SAO PAULO,   04626-20 | | Contact: Carlos Bieberach |
| | Brazil | | 305-470-1224 |
| | | **AWB:** | 167456879079 |

| **Payment Type:** | On Account | | |
|---|---|---|---|
| **Payment Terms:** | NET 60 | **Due:**   05/30/2020 | |

| Part # | Part Description | Condition | Serial Number | Charge | Total |
|---|---|---|---|---|---|
| 115A5260-1 | PIN-FUSE | Overhauled | 3685 | **Squawk:** | 848.25 USD |
| | | | | **Subtotal:** | 848.25 USD |
| | | | | **Total:** | **848.25 USD** |

**PLEASE REMIT PAYMENT TO**
**Professional Aircraft Accessories, Inc.**
**P.O. Box 530621**
**Atlanta, GA 30353-0621**

**WIRE TRANSFER**
**Professional Aircraft Accessories, Inc.**
**PNC Bank**
**ABA #: 031207607**
**Swift ID: PNCCUS33**
**Beneficiary: Professional Aircraft Accessories, Inc.**
**Beneficiary #: 8026266567**